[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12666

Non-Argument Calendar

_____

EDWIN TERRY WINFORD,

Plaintiff-Appellant,

*versus*

JJTA REAL PROPERTIES LLC,
as manager for people choice apts,
PEOPLE CHOICE APTS,
SHARI BOYD,
Manager,
CAITLIN COUGHLIN,
Junior Digital Marketing Specialist,
DLP REAL ESTATE,

2                       Opinion of the Court                       23-12666

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:23-cv-00100-BJD-JBT

_____

Before ROSENBAUM, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. It is unclear what Edwin Winford, *pro se*, seeks to challenge in his notice of appeal. In any event, the only order the district court has entered in this case is an order striking a case management report. Because this is not a final or appealable order, we lack jurisdiction to hear the appeal. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.